# EXHIBIT C

## TOWNSTONE FINANCIAL INC.

### FULL-TIME EMPLOYMENT AGREEMENT

This Employment Agreement, is made and entered into this _24_ day of _May_____, 2012_, between TOWNSTONE FINANCIAL INC. ("Townstone Financial Inc." or "Company"), an Illinois Corporation, and __Jason Silver_____, ("Employee"). The Company and Employee desire to enter into this Agreement to provide for the Company's full-time employment of Employee and hereby agree to the following terms and conditions:

1. **Employment.** The Company hereby employs the Employee as a FULL-TIME SALES EMPLOYEE effective on the date specified above, and the Employee hereby accepts such employment on the terms and conditions set forth in this Employment Agreement. Employee agrees that such services will be performed away from Townstone Financial Inc.'s place of business. Employee also understands that he or she will not have any exclusive territory under this Agreement nor any claim to business secured by another Townstone Financial Inc. employee. Employee shall not be required to maintain any fixed schedule or minimum number of hours of work per week. Employee understands and agrees that his or her activities generally shall be subject to supervision by Townstone Financial Inc. management.

2. **Employee Responsibilities**

    a. **Exclusivity.** Employee shall originate mortgage loans to be closed by the Company and provide loan origination services exclusively on behalf of Townstone Financial Inc. pursuant to the policies and procedures set forth by Townstone Financial Inc. from time to time and as required by law. **During the term of this Agreement, Employee cannot be employed by any other mortgage company and cannot receive compensation from any other mortgage company.** Employee understands that accepting fees from any other mortgage company or lender is strictly prohibited by this Agreement and shall constitute grounds for immediate termination of Employee's employment by Townstone Financial Inc..

    b. **Duties.** Employee shall perform the duties set forth in this Agreement pursuant to the policies and procedures adopted by Townstone Financial Inc. from time to time and as required by state and federal law, in addition to other duties as assigned. Employee agrees to comply with all federal, state and local laws applicable to his or her employment and to comply with all of the Company's rules, regulations, and policies in force during his or her employment.

    c. **Training.** Employee recognizes that Townstone Financial Inc. may offer training for its employees with regard to RESPA and other legal requirements, advertising regulations, contract provisions, and other issues pertinent to his or her employment. Employee agrees to undergo all required Townstone Financial Inc. training and adhere to Townstone Financial Inc.'s high standards of operation.

    d. **Use of Approved Materials.** Employee shall use only Townstone Financial Inc. approved forms and materials while performing his or her duties for Townstone Financial Inc.. Townstone Financial Inc. will provide Employee with training and reference materials, use of pre-qualification computer software, marketing materials, and customer support and computer software for Townstone Financial Inc.'s on-line mortgage system as Townstone Financial Inc. determines is appropriate. Employee may use only marketing materials created and supplied by Townstone Financial Inc.. Employee agrees to abide by the terms and requirements of the established Townstone Financial Inc. origination program. Townstone Financial Inc. reserves the right to revise materials and its program from time to time, with changes to become effective immediately.

    e. **Compliance With Mortgage Criteria.** All mortgage loans solicited by Employee on behalf of Townstone Financial Inc. shall meet Townstone Financial Inc.'s criteria including those terms, condition, policies, procedures and directives established in writing by Townstone Financial Inc.. In addition, all loans shall conform to Townstone Financial Inc.'s prevailing rates, guidelines and fees. Townstone Financial Inc. reserves the right, in its sole discretion and without prior notice to the Employee, to change or discontinue any of its pricing, terms, conditions, policies, procedures, directives, rates, guidelines and fees and to discontinue offering any one or more types of products or services. All mortgage loans submitted by Employee to Townstone Financial Inc. for processing and underwriting are subject to the exclusive review and approval of Townstone Financial Inc., and approval of all such loans is in the sole discretion of the management of Townstone Financial Inc..

    f. **Compliance With Fair Lending and Disclosure Requirements.** Employee agrees to conduct his or her endeavors in full compliance with Townstone Financial Inc.'s lending policies as well as all applicable federal, state and local mortgage lending laws, in furtherance of Townstone Financial Inc.'s policy of providing services to all mortgage prospects, applicants and borrowers (collectively "Borrowers") without regard to the Borrowers' race, color, sex, religion, age, national origin, disability, familial status or other protected characteristic. Employee shall

timely provide to all Borrowers, in a form approved by Townstone Financial Inc., all loan, mortgage broker and other related disclosures as required by Townstone Financial Inc. and by applicable federal, state and local laws, including all necessary disclosures required under the applicable RESPA guidelines for real estate agents and/or brokers and mortgage brokers.

g. <u>Funds Collected On Behalf Of Townstone Financial Inc.</u>. Employee shall immediately forward to Townstone Financial Inc. all income or other funds received on behalf of Townstone Financial Inc., including any mortgage application fees, prepaid points or fees, and lock-in fees. Employee shall have no signature power or other control over funds received on behalf of Townstone Financial Inc.. Employee's failure to immediately forward to Townstone Financial Inc. any funds received on behalf of Townstone Financial Inc. shall constitute grounds for the immediate termination of Employee's employment by Townstone Financial Inc..

h. <u>Authority</u>. Employee has no authority to bind Townstone Financial Inc. by any promise or representation, unless specifically authorized by Townstone Financial Inc. in writing in a particular mortgage transaction or other matter.

i. <u>No Conflicting Agreements</u>. Employee represents and warrants that his or her performance of the duties assigned by Townstone Financial Inc. under the terms of this Agreement will not breach any other agreement between Employee and any third party, including any confidentiality or proprietary rights agreement.

### 3. Compensation and Expenses

a. <u>Compensation</u>. Employee's compensation shall consist of a payment based on the performance by Employee of the sales services described in this Agreement, and on the policies and procedures adopted by Townstone Financial Inc. during Employee's employment. Employee's compensation for each mortgage transaction shall be based upon the reasonable value of the sales services rendered by Employee for each mortgage transaction and in no instance will Employee's compensation exceed the reasonable value of Employee's services. All payments to Employee are subject to all applicable federal, state and local tax withholdings and statutory deductions. Employee may grant Townstone Financial Inc. the right to make other deductions based on the Employee's prior, written request. Employee is not entitled to any other employee benefits such as health insurance, vacation, retirement plans or sick pay. No payments will be issued to Employee until such time as Employee has completed all obligations and processed all necessary documentation for each mortgage transaction pursuant to Townstone Financial Inc.'s policies and procedures and all applicable federal, state and local laws.

b. <u>Expenses</u>. Employee shall be responsible for all expenses incurred in connection with the performance of the duties and functions described in this Agreement. These expenses include but are not limited to automotive, travel, and long distance or cellular phone service expenses. Employee acknowledges that Employee will receive only the payment described in Section 3(a) and in no event will Employee receive any reimbursement for any expenses incurred in submitting any mortgage loan applications to Townstone Financial Inc. for consideration.

### 4. Termination

a. <u>Termination At Will</u>. Employee agrees that his/her employment is at will. This Agreement and the employment relationship between the parties may be terminated by either party at any time, with or without notice, and with or without reason or cause. The at-will nature of the employment relationship between Employee and Townstone Financial Inc. may not be altered except in a writing signed by Employee and an authorized officer of Townstone Financial Inc..

b. <u>Obligations Upon Termination</u>. All property furnished to or prepared by Employee in the course of or incident to Employee's employment by Townstone Financial Inc., including without limitation, all books, manuals, forms, brochures, flyers, marketing materials, records, reports, notices, contracts, lists, customer information and other documents and material or copies thereof, computer software, supplies and equipment, belongs to Townstone Financial Inc. and shall be returned by Employee immediately upon termination of employment for any reason. In addition, Employee shall satisfy any and all outstanding debts or obligations that are due to Townstone Financial Inc..

### 5. Insurance

a. <u>Errors and Omissions Insurance</u>. Townstone Financial Inc. maintains errors and omissions insurance ("E&O Insurance") for its employees performing mortgage origination services for Townstone Financial Inc.. Townstone Financial Inc.'s E&O Insurance is extended only to those employees who have a valid employment agreement with Townstone Financial Inc. and who fully comply with the terms of this Agreement. Employee acknowledges that any E&O Insurance coverage available to Employee will be governed exclusively by the terms of Townstone Financial Inc.'s policy (a copy of which will be made available at Employee's request). Employee

expressly agrees to comply with all terms and provisions of the E&O Insurance coverage policy, including all notice provisions.

    b.    <u>Employee Insurance Coverage Obligations</u>. Employee agrees to carry and maintain liability insurance coverage on his or her personal property and automobile used in the course of business for Townstone Financial Inc. with limits of liability that meet or exceed any minimum liability limits required under the laws of the state in which Employee resides, or the state in which Employee's automobile is registered or regularly driven, whichever is greater. **Employee shall provide written evidence to Townstone Financial Inc. of the existence of Employee's personal and automobile liability insurance within fifteen (15) days of the execution of this Agreement and at least every six (6) months hereafter.** Employee's failure to do so will constitute immediate grounds for his or her termination of employment by Townstone Financial Inc..

    6.    <u>Indemnification.</u> Employee shall indemnify and hold harmless Townstone Financial Inc. from all fines, levies, suits, proceedings, claims, actions, or causes of action of any kind or nature, including but not limited to all costs, court costs, litigation expenses and reasonable attorneys' fees arising from or incurred in connection with or incidental to Employee's activities which are not covered or are excluded from coverage under Townstone Financial Inc.'s E&O Insurance Policy. Employee also shall fully and completely indemnify and hold harmless Townstone Financial Inc., including the payment of litigation expenses and/or attorneys' fees, in the event that Townstone Financial Inc. is required to respond in damages to a third party or parties by reason of any conduct, including Employee's acts or omissions, that are allegedly in violation of any federal, state and/or local law, rules, regulations or code of conduct or ethics applicable to Employee and for any claim of injury or liability in connection with the operation by the Employee of any automobile and any failure by Employee to carry and maintain automobile insurance, as required by this Agreement.

### 7.    Confidentiality of Proprietary Information

    a.    <u>Restrictions on Proprietary Information</u>. Employee agrees that during his or her employment with Townstone Financial Inc. and for two years after the termination of employment, Employee will hold the Proprietary Information in strict confidence and will neither use the information for his or her own purposes or for those of any person, company, business, entity or other organization, nor disclose it to any other person or entity, except to the extent necessary to perform his assigned duties for Townstone Financial Inc. or as specifically authorized in writing by an officer of Townstone Financial Inc.. "Proprietary Information" means all information pertaining in any manner to the business of Townstone Financial Inc. or its affiliates, consultants, or business associates, and includes but is not limited to: (i) all aspects of the Townstone Financial Inc. loan processing system/compliance codes, formulas and improvements; (ii) techniques, processes, development tools, computer programs and printouts, manual, electronic codes, formulas and improvements; (iii) information about costs, profits, markets, rates, sales and customers; (iv) plans for business, marketing future development and new product concepts; and (v) information about employee identity, compensation and benefits. This provision does not apply to information required to be disclosed by Employee pursuant to a subpoena issued by any court or administrative agency of competent jurisdiction or pursuant to a governmental inquiry or investigation. Nothing in this Agreement is intended to limit any remedy of Townstone Financial Inc. under any federal or state law concerning trade secrets.

    b.    <u>Reasonableness of Restrictions</u>. Employee acknowledges that during the term of his or her employment, Townstone Financial Inc. will provide Employee with the use and access to trade secrets and confidential information, that Employee will have access to and come into contact with trade secrets and confidential information belonging to Townstone Financial Inc. or to its customers and that Employee will obtain personal knowledge of and influence over Borrowers and/or employees of Townstone Financial Inc.. Employee therefore agrees that the restrictions contained in this Section 7 of this Employment Agreement are reasonable and necessary to protect the legitimate business interests of Townstone Financial Inc. both during and after the termination of Employment.

    c.    <u>Third Party Information</u>. Employee agrees to keep confidential or proprietary information of third parties received from or on behalf of Townstone Financial Inc. strictly confidential and will not use such information or disclose such information to anyone except as required to perform Employee's duties for Townstone Financial Inc.. Confidential or proprietary third party information includes but is not limited to financial and personal information disclosed by Borrowers in connection with a loan application and information about lenders' mortgage loan programs.

### 9.    Miscellaneous

    a.    <u>Governing Law and Dispute Resolution</u>. If Employee resides in Illinois: (i) this Agreement shall be governed by and construed in accordance with the laws of the State of Illinois, without regard to conflict of law provisions; and (ii) both parties expressly consent to jurisdiction in Illinois and agree that any and all available legal

or equitable claims under this Agreement will be brought in a court of competent jurisdiction in Cook County, Illinois. If Employee resides in Florida: (i) this Agreement shall be governed by and construed in accordance with the laws of the State of Florida, without regard to conflict of law provisions; and (ii) both parties expressly consent to jurisdiction in Florida and agree that any and all available legal or equitable claims under this Agreement will be brought in a court of competent jurisdiction in Broward County, Florida. If Employee resides in Missouri: (i) this Agreement shall be governed by and construed in accordance with the laws of the State of Missouri, without regard to conflict of law provisions; and (ii) both parties expressly consent to jurisdiction in Illinois and agree that any and all available legal or equitable claims under this Agreement will be brought in a court of competent jurisdiction in Cook County, Illinois.

b. Agency Relationship. This Agreement shall not be interpreted to create any agency relationship between Townstone Financial Inc. and Employee beyond that needed to originate individual mortgage loan applications. This Agreement shall not be interpreted to create any relationship between Townstone Financial Inc. and any other employer of Employee or any business with which Employee has any interest or relationship.

c. Assignments and Successors. Obligations under this Agreement shall not be assigned, sold or otherwise conveyed by Employee and shall inure to the benefit of Townstone Financial Inc., its successors and assigns. Nothing in this Agreement shall prevent the consolidation, merger or sale or Townstone Financial Inc. or a sale of all or substantially all of its assets.

d. Entire Agreement; Amendments, Waiver. This Agreement constitutes the entire agreement between Townstone Financial Inc. and Employee, and supersedes and replaces any previous agreement between the parties. There are no other agreements or understandings concerning this Agreement which are not fully set forth herein. Any modification of this Agreement shall be binding only if placed in writing and signed by each party or an authorized representative of each party. In addition, the failure or delay of any party to exercise any rights under this Agreement shall not constitute a waiver of such rights.

e. Severability; Counterparts. If any provision of this Agreement is deemed by a court or arbitrator of competent jurisdiction to be invalid, unenforceable or void as applied to a particular person, place or circumstance, such provision shall be enforced to the fullest extent permitted by law in order to effectuate the purpose and intent of this Agreement, and the remainder of this Agreement shall remain in full force and effect. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original and both of which together shall constitute one and the same instrument.

f. Notices. All notices and communications will be duly given when mailed by registered mail to the parties signing this Agreement to the addresses as set forth above and below or to such other addresses as the parties my provide in writing.

IN WITNESS HEREOF, the parties hereto have executed and acknowledged receipt of a copy of this Agreement and referenced Addenda.

Date: 5/9/12

On behalf of TOWNSTONE FINANCIAL INC.

Title

Date: 5/24/12

Employee

JASON SILVER
(Print Name)

100 E. Bellevue Pl. 4F
Address Chicago, IL 60611

CHIDOCS02:386632.1

4

T 00004